Meltzer Lippe Goldstein & Breitstone, LLP
Thomas J. McGowan, Esq.
190 Willis Avenue
Mineola, New York 11501
(516) 747-0300
tmcgowan@meltzerlippe.com

*Counsel for Catholic Cemeteries of the
Roman Catholic Diocese of Rockville
Centre, Inc. in both its individual capacity
and as trustee of the Diocese of Rockville
Centre Catholic Cemetery Permanent
Maintenance Trust*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re:                                                                                    Case No. 20-12345 (MG)

THE ROMAN CATHOLIC DIOCESE OF                                 Chapter 11
ROCKVILLE CENTRE, NEW YORK,

                Debtor.
---------------------------------------------------------------X
THE OFFICIAL COMMITTEE OF UNSECURED          Adv. Proc. No. 23-01121 (MG)
CREDITORS,

                Plaintiff,

    v.

CATHOLIC CEMETERIES OF THE ROMAN
CATHOLIC DIOCESE OF ROCKVILLE
CENTRE, INC., in Both Its Individual Capacity and
as Trustee for the Diocese Of Rockville Centre
Catholic Cemetery Permanent Maintenance Trust,

                Defendant.
---------------------------------------------------------------X

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE, that pursuant to Rules 2002, 3017(a), 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rules 2002-2(c) of the Local Bankruptcy Rules for the Southern District of New York (the "Local Rules"), Meltzer

Lippe Goldstein & Breitstone, LLP appears as counsel for Catholic Cemeteries of the Roman Catholic Diocese of Rockville Centre, Inc. in both its individual capacity and as trustee of the Diocese of Rockville Centre Catholic Cemetery Permanent Maintenance Trust, Defendant in the above–captioned Chapter 11 adversary proceeding.  The undersigned requests that all notices given or required to be given and all documents served or required to be served in the above-captioned case be given and served upon:

> Meltzer, Lippe, Goldstein & Breitstone, LLP
> 190 Willis Avenue
> Mineola, New York 11501
> (516) 747-0300
> tmcgowan@meltzerlippe.com
> Attention:   Thomas J. McGowan, Esq.

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the Bankruptcy Rules and the Local Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request for court conferences, plan and disclosure statement, request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, electronic mail, the internet, or other otherwise filed or made regarding this case, which affects or seeks to affect in any way any rights or interests of any party in interest in this case.

Dated:   Mineola, New York
         May 30, 2023

                                            MELTZER, LIPPE, GOLDSTEIN &
                                            BREITSTONE, LLP

                                            By: */s/ Thomas J. McGowan*
                                                Thomas J. McGowan, Esq.
                                                190 Willis Avenue
                                                Mineola, New York 11501
                                                (516) 747-0300
                                                tmcgowan@meltzerlippe.com
                                                *Counsel for Catholic Cemeteries of the*
                                                *Roman Catholic Diocese of Rockville*

2

*Centre, Inc. in both its individual capacity and as trustee of the Diocese of Rockville Centre Catholic Cemetery Permanent Maintenance Trust*

3

4881-9296-1639, v. 1