# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re: The Roman Catholic Diocese of Rockville Centre, Ne

Bankruptcy Case No.: 20–12345–mg

Official Committee of Unsecured Creditors

                    Plaintiff(s),

–against–

Adversary Proceeding No. 23–01121–mg

Catholic Cemeteries of the Roman Catholic Diocese of Rockville Centre, Inc.in Both Its Individual Capacity and as Trustee for the Diocese Of Rockville Centre Catholic Cemetery Permanent Maintenance Trust

                    Defendant(s)

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days, to:

**Address of Clerk:**

    **Clerk of the Court**
    **United States Bankruptcy Court**
    **Southern District of New York**
    **One Bowling Green**
    **New York, NY 10004–1408**

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

**Name and Address of Plaintiff's Attorney:**

    **James I. Stang**
    **Pachulski Stang Ziehl & Jones LLP**
    **10100 Santa Monica Blvd.**
    **Ste 1300**
    **Los Angeles, CA 90067**

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

| | |
|---|---|
| United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, NY 10004–1408 | Room: Contact chambers for Zoom Meeting ID, and Password, MG Zoom Videoconference<br><br>Date and Time: 7/18/23 at 11:00 AM |

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Dated: 5/31/23

                    Vito Genna

                    *Clerk of the Court*

                  By: /s/ Carmen Ortiz

                  *Deputy Clerk*