**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 20-12345 (MG) |
| | ) | |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK, | ) ) ) | Chapter 11 |
| | ) | |
| Debtor. | ) ) | |
| | ) | |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, | ) ) ) | Adv. No. 23-01121 (MG) |
| | ) | |
| Plaintiff, | ) | |
| v. | ) ) | |
| CATHOLIC CEMETERIES OF THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, INC., in Both Its Individual Capacity and as Trustee for the Diocese Of Rockville Centre Catholic Cemetery Permanent Maintenance Trust, | ) ) ) ) ) ) ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, La Asia S. Canty, am over the age of eighteen years, am employed by Pachulski Stang Ziehl & Jones LLP.  I am not a party to the within action; my business address is 780 Third Avenue, 34th Floor, New York, NY 10017.

On May 31, 2023, I caused a true and correct copy of the: (1) *Summons and Notice of Pretrial Conference in an Adversary Proceeding* [Docket No. 4]; and (2) *Complaint For Avoidance and Recovery of Fraudulent Transfers and Recovery for Unjust Enrichment* [Docket No. 1] to be served upon the party listed on the annexed Service List by: (i) First Class US Mail, postage paid and deposited with the U.S. Postal Service.

Dated: June 1, 2023         */s/ La Asia S. Canty*
                                        La Asia S. Canty

# **SERVICE LIST**

Scott A. Steinberg , Esq.
Meltzer, Lippe, Goldstein & Breitstone, LLP
190 Willis Ave
Mineola, NY 11501