UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re* <br><br> The Roman Catholic Diocese of Rockville Centre, New York <br><br> Debtor. | Chapter 11 <br><br> Case No. 20-12345 (MG) |
| The Official Committee of Unsecured Creditors, <br><br> Plaintiff, <br><br> v. <br><br> Catholic Cemeteries of the Roman Catholic Diocese of Rockville Centre, Inc., in Both Its Individual Capacity and as Trustee for the Diocese of Rockville Centre Catholic Cemetery Permanent Maintenance Trust, <br><br> Defendant. | Adv. Pro. No. 23-01121 (MG) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NASSAU    )

Cherine B. Cummings, being duly sworn, deposes and says: I am not a party to this action; I am over 18 years of age; I reside in Queens, New York.

That on June 29, 2023, I caused to be served a true and correct E-file copy (Doc. #6) of the **Answer Of Catholic Cemeteries Of The Roman Catholic Diocese Of Rockville Centre, Inc.**, by delivering same, via the U.S. Postal Service enclosed in a post-paid, properly addressed envelope, addressed to Attorney Kenneth Brown, Esq. at the mailing address listed below.

TO:   Kenneth Brown, Esq.
      PACHULSKI STANG ZIELH & JONES LLP
      0100 Santa Monica Blvd. – 11th Floor
      Los Angeles, CA 90067

_____
Cherine B. Cummings

Sworn to before me this 29th
day of June, 2023

_____
Notary Public

MARY THERESA GUIDA
Notary Public, State of New York
No. 01GU6379748
Qualified in Nassau County
Commission Expires 08/20/2026

4871-7295-2941, v. 1