UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x
: 
In re:                                          :        Chapter 11
                                                :
THE ROMAN CATHOLIC DIOCESE OF                   :        Case No. 20-12345 (MG)
ROCKVILLE CENTRE, NEW YORK *et al.*,[1]         :
                                                :        (Jointly Administered)
                     Reorganized Debtors.       :
------------------------------------------------x
                                                :
THE OFFICIAL COMMITTEE OF UNSECURED             :
CREDITORS,                                      :
                                                :
                     Plaintiff,                 :        Adv. Pro. No. 23-01121 (MG)
                                                :
       v.                                       :
                                                :
CATHOLIC CEMETERIES OF THE ROMAN                :
CATHOLIC DIOCESE OF ROCKVILLE CENTRE,           :
INC., in Both Its Individual Capacity and as Trustee for  :
the Diocese Of Rockville Centre Catholic Cemetery  :
Permanent Maintenance Trust,                    :
                                                :
                     Defendants.                :
------------------------------------------------x

### ORDER DISMISSING CEMCO ADVERSARY PROCEEDING WITH PREJUDICE

WHEREAS, on December 4, 2024, the Bankruptcy Court confirmed the *Modified Chapter 11 Plan of Reorganization Proposed by the Roman Catholic Diocese of Rockville Centre, New York and Additional Debtors* (the "Plan") (Docket. No. 3465);

WHEREAS, the Effective Date of the Plan occurred on December 5, 2024 (Docket. No. 3472 ¶ 3);

WHEREAS, the CemCo Settlement and Release Agreement (the "CemCo Settlement

---

[1] The Reorganized Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last four digits of its federal tax identification number are 7437, and its mailing address is P.O. Box 9023, Rockville Centre, NY 11571-9023. A complete list of the Reorganized Additional Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtor's claims and noticing agent at: https://dm.epiq11.com/case/rdrockville/info.

1

Agreement") was appended to the Plan as Exhibit B and was approved as part of the Plan pursuant to the *Order Confirming Modified Chapter 11 Plan of Reorganization Proposed by the Roman Catholic Diocese of Rockville Centre, New York and Additional Debtors* (the "Confirmation Order") (Docket No. 3465);

WHEREAS, pursuant to the CemCo Settlement Agreement, the case captioned *Official Committee of Unsecured Creditors v. Catholic Cemeteries of the Roman Catholic Diocese of Rockville Centre, Inc., in Both Its Individual Capacity and as Trustee for the Diocese Of Rockville Centre Catholic Cemetery Permanent Maintenance Trust*, Adv. Pro. No. 23-01121 (the "Adversary Proceeding") shall be terminated with prejudice;

**Based on the foregoing, IT IS HEREBY ORDERED THAT:**

1. The case captioned *Official Committee of Unsecured Creditors v. Catholic Cemeteries of the Roman Catholic Diocese of Rockville Centre, Inc., in Both Its Individual Capacity and as Trustee for the Diocese Of Rockville Centre Catholic Cemetery Permanent Maintenance Trust*, Adv. Pro. No. 23-01121, is dismissed with prejudice.

2. The Court shall retain jurisdiction with respect to all matters arising from or related to the Adversary Proceeding and the implementation of this Order.

**IT IS SO ORDERED.**

Dated: April 14, 2025             /s/Martin Glenn
    New York, New York      THE HONORABLE MARTIN GLENN
                                                UNITED STATES BANKRUPTCY JUDGE